UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUBEN DELGADO GUADARRAMA

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

23-123-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated June 8, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and Plaintiff's action is dismissed, with prejudice, as legally frivolous.

Signed in Baton Rouge, Louisiana, on this 5th day of July, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 3.